IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKEY KRAUS, | No. C 06-4667 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| PRESIDIO TRUST FACILITIES, | |
| Defendants. | |

Plaintiff did not appear for the case management conference held on June 1, 2007 at 8:30 a.m. Accordingly, plaintiff is ordered to show cause why her action should not be dismissed for a failure to prosecute pursuant to Federal Rule of Civil Procedure 41. Plaintiff shall appear in Courtroom 8 at **8:30 a.m. on June 22, 2007.** Counsel is warned that his failure to appear on June 22, could result in dismissal of his client's action with prejudice.

**IT IS SO ORDERED.**

Dated: June 01, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE