1  JOHN L. TAYLOR, ESQ. SBN #117532
   LAW OFFICES OF JOHN L. TAYLOR
2  507 Polk Street, Suite 400
   San Francisco, CA  94102
3
   Telephone: (415) 956-0155
4  Facsimile: (415) 956-0194

5  Attorney for Plaintiff
   VICKEY KRAUS



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICKEY KRAUS,                           Case No. C 06-4667 CRB

     Plaintiffs,                        REQUEST FOR AN ORDER ALLOWING
                                        PLAINTIFF TO FILE A LATE BRIEF
vs.

THE PRESIDIO TRUST, et al.,

     Defendants.
_____/

   Plaintiff requests that the court allow the filing of a late brief after time the court ordered plaintiff to file her opposition to defendant's motion to dismiss and motion for summary judgment.

   The court ordered Plaintiff to file her brief on or before September 14, 2007, and ordered Defendant to file its reply brief on September 21, 2007. Defendants filed their motion on August 31, 2007, at approximately 7:06 p.m. Monday was the Labor Holiday and therefore our did not become aware that Defendant's had filed their motion until Tuesday, September 4, 2007. Plaintiff's counsel was on vacation the week of September 3, 2007, and the opposition date was mis-calendared for September 21, 2007. Plaintiff's counsel is currently working on the opposition and given the length of the brief, and the number of attachments, Plaintiff request an extension that the court allow us to file the

opposition on Friday, September 21, 2007.

Due to these facts, Plaintiff needs additional time to respond to Defendant's motion. Plaintiff's counsel has contacted Ms. Kathleen B. Dowling and left a message regarding the above.

Plaintiff would request an additional one week to file his opposition to Defendant's motion for summary judgment.

Dated:   September 17, 2007        Respectfully submitted

LAW OFFICES OF JOHN L. TAYLOR

JOHN L. TAYLOR

(Proposed) ORDER

After reviewing Plaintiff's Application to Extend Time to File an Opposition to Defendant's Motion to Dismiss and Motion for Summary Judgment and GOOD CAUSE APPEARING THEREFROM

IT IS HEREBY ORDERED that Plaintiff may file his opposition on Sep. 21, 2007. Defendants' Reply due Sep. 28. Hearing October 12 at 10 a.m.

Dated: Sept. 19, 2007

JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco; My business address is 507 Polk Street, Suite 400, San Francisco, California. I am over the age of eighteen years and not a party to this action. On September 17, 2007, I served the following document(s):

**REQUEST FOR FILE LATE BRIEF**

__X__ **By mail on the following party(ies) in said action, in accordance with Code of Civil Procedures §1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at the Law Offices of John L. Taylor, mail placed in that designated area is given the correct amount of postage and is deposited that same day in the United States mail box in San Francisco, California.**

_____ By personally delivering a true copy thereof, in accordance with the Code of Civil Procedures §1011, to the person(s) and at the address set forth below.

_____ By overnight delivery on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013©, by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at The Law Offices of John L. Taylor, mail placed in that designated area is picked up that same day for delivery the following business day.

_____ By facsimile transmission, by use of facsimile machine telephone number (415) 775-9191, in accordance with Code of Civil Procedures §1013(e) and California Rules of the Code 2008(e), to the following party(ies) at the facsimile number(s) indicated. This transmission was reported as completed and without error, and a copy of the transmission report which was issued by the transmitting facsimile machine is attached to the original hereof.

Katherine Dowling
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on September 17, 2007, at San Francisco, California.

_____
SUSAN SPIKES