United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKEY KRAUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRESIDIO TRUST FACILITIES DIVISION/RESIDENTIAL MANAGEMENT BRANCH, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 06-04667 CRB<br><br>**ORDER** |

　　In light of defense counsel's unavailability, defendants shall file their reply memorandum on or before October 5, 2007. Oral argument is continued to 10:00 a.m. on October 19, 2007. Plaintiff's response is still due September 21, 2007.

　　**IT IS SO ORDERED.**

Dated: Sep. 21, 2007

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4667\orderrereply.wpd