IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKEY KRAUS,<br>       Plaintiff,<br>  v.<br>UNITED STATES OF AMERICA,<br>       Defendant._____/ | No. C 06-04667 CRB<br><br>**JUDGMENT** |

The Court having granted defendant's motion for summary judgment by Memorandum and Order dated October 26, 2007, judgment is entered in favor of defendant and against plaintiff Vicky Kraus.

**IT IS SO ORDERED.**

Dated: October 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4667\judgment.wpd