John L. Taylor, Esq. (SB#117532)
**LAW OFFICES OF JOHN L. TAYLOR**
507 Polk Street, Suite 400
San Francisco, California 94102
Telephone: (415) 956-0155
Facsimile: (415) 956-0194

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKEY KRAUS, | CASE NO.: C-06-4667(CRB) |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | DATE: September 18, 2009 |
| PRESIDIO TRUST FACILITIES DIVISION/RESIDENTIAL MANAGEMENT BRANCH, DOES 1 THROUGH 100, INCLUSIVE, | TIME: 8:30 A.M. DEPT: 8 |
| Defendants. | |

IT IS HEREBY STIPULATED BY THE PARTIES that the Case Management Conference in the above-captioned matter may be rescheduled for October 2, 2009 at 8:30 a.m. in Department 8.

This stipulated schedule change resolves a calendar conflict for Plaintiff's counsel, who will be out of town for another case on the original date.

This agreement may be executed in counterparts with the same force and effect as if signatures were set forth in a single document. The signatures transmitted herein by

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - 1

1  electronic transmission shall have the same force and effect as
2  original signatures.
3
4  Dated: 9-15-09            LAW OFFICES OF JOHN L. TAYLOR
5
6                            BY:  /S/
7                                 JOHN L. TAYLOR
                                  Attorney for Plaintiff
8
9  Dated: 9/16/09            OFFICE OF THE UNITED STATES ATTORNEY
10
11                           BY:       /S/
                                  NEILL T. TSENG
12                                Attorney for Defendant
13
14
15
16
17                             ORDER OF THE COURT
18  Upon such Stipulation and Consent,
19      IT IS HEREBY ORDERED that the Case Management Conference in
20  this matter is continued to October 2, 2009.
21
22
23
24                           THE HONORABLE CHARLES R. BREYER
                             JUDGE OF THE DISTRICT COURT
25
26
27  Signed: Sept. 17, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer

28
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - 2