United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKEY KRAUS, | No. CV 06-04667 CRB |
| Plaintiff, | **ORDER REGARDING SCHEDULING** |
| v. | |
| PRESIDIO TRUST FACILITIES DIVISION/RESIDENTIAL MANAGEMENT BRANCH, et al., | |
| Defendants. | |

Now pending is Plaintiff's Request to Enlarge Time in order to file their Opposition. Defendants do not oppose Plaintiff's request, but ask the Court for additional time in which to file their Reply. The Court therefore instructs the parties to adhere to the following amended schedule. Plaintiffs shall file their Opposition on or before December 2, 2009. Defendants shall file their Reply on or before December 9, 2009. Oral argument is continued to 10:00 a.m. on January 22, 2009.

**IT IS SO ORDERED.**

Dated: Nov. 23, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4667\orderrescheduling.wpd