FRANK S. MOORE - S.B.# 158029
Law Offices of Frank S. Moore, APC
1374 Pacific Avenue
San Francisco, CA 94109
(415) 292-6091 | fax: (415) 292-6694
email: fsmoore@pacbell.net
**By Special Appearance for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKEY KRAUS, )<br>)<br>     Plaintiffs, )<br>)<br>     v. )<br>)<br>PRESIDIO TRUST FACILITIES )<br>DIVISION/RESIDENTIAL )<br>MANAGEMENT BRANCH, )<br>)<br>     Defendant. )<br>_____) | No. C 06-4667 CRB<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [AND]** ~~PROPOSED~~ **ORDER** |

  Counsel for both parties hereby jointly request and stipulate to a continuance of the hearing on Defendant's motion for summary judgment — currently set for February 19, 2010, at 10:00 a.m. in Courtroom 8 — until March 26, 2010, or such date thereafter as meets the Court's convenience.

  Both parties pray the Court's understanding. Plaintiff's counsel of record, John L. Taylor, has been placed on interim suspension by the State Bar and is not authorized at this time to appear on behalf of Ms. Kraus. It is to be noted that attorney Frank Moore represents Mr. Taylor in his State Bar matter, and Mr. Moore's signature on this document is affixed as a one-time special appearance solely for purposes of requesting and stipulating to this continuance; this appearance is limited and does not constitute a general appearance for purposes of representation of Plaintiff Vicky Kraus, who has been fully apprised of these events and is currently still in the process of securing replacement counsel.

JOINT STIPULATION FOR CONTINUANCE - 1

Dated this 18th day of February, 2010.

                                                           ____/s/_____
                                                           **FRANK S. MOORE**
                                                           By Special Appearance for Plaintiff

                                                           ____/s/_____
                                                           **NEILL TAI TSENG**
                                                           Office of the United States Attorney

---

## **COURT ORDER**

IT IS HEREBY ORDERED that the next appearance on Defendant's motion for summary judgment be continued from February 19, 2010, to  March 26   , 2010, at   10:00   a.m.

_____
HON. CHARLES R. BREYER, JUDGE
United States District Court
Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer