1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11  VICKEY KRAUS,                                         No. C 06-4667 CRB

12            Plaintiff,                                   **JUDGMENT**

13      v.

14  UNITED STATES OF AMERICA,

15            Defendant.

16  _____/

17      The Court having granted defendant's motion for summary judgment by Order dated

18  March 29, 2010, judgment is entered in favor of defendant and against plaintiff Vicky Kraus.

19      **IT IS SO ORDERED.**

20

21  Dated: March 31, 2010                      CHARLES  R. BREYER
                                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

G:\CRBALL\2006\4667\judgment-2010.wpd