**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VICKEY KRAUS,                              No. C 06-4667 CRB

12          Plaintiff,                          **JUDGMENT**

13      v.

14   UNITED STATES OF AMERICA,

15          Defendant.
                                         /
16

17          The Court having granted defendant's motion for summary judgment by Order dated

18   March 29, 2010, judgment is entered in favor of defendant and against plaintiff Vicky Kraus.

19          **IT IS SO ORDERED.**

20

21   Dated: March 31, 2010            CHARLES  R. BREYER
                                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

G:\CRBALL\2006\4667\judgment-2010.wpd